STEVEN G. KALAR
Federal Public Defender
DAVID RIZK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
David_rizk@fd.org

Counsel for Defendant LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 19-419 SI |
|---|---|
| Plaintiff, | |
| v. | DECLARATION OF LATANYA HOOPER |
| JOHN LEE, | |
| Defendant. | |

I, Latanya Hooper, state as follows:

1. On April 13, 2020 at 6:33pm, I spoke with Michael Portman, an Investigator with the Federal Public Defender Office in San Francisco, California. He reached me at my cell phone: (415) 571-0968. I confirmed that I currently live at 7920 Tamoshanter Drive, Apt. 317, Stockton, CA 95210.

2. I live at 7920 Tamoshanter Drive, Apt. 317, along with John Lee Jr., my son with John Lee (the defendant in this case).

3. John Lee Sr. and I have been partners for 25 years.  We share a 12 year-old son, John Jr.  John Jr. is currently enrolled in on-line school due to the COVID 19 situation.

*US v. Lee*, Case No. 19-419 SI;
Hooper Decl.                                          1

4. I collect Social Security and SSI, as well as CalWORKs for John Jr.  I earn additional income by watching my grandkids while my daughter works fulltime as an in-home care nurse.

5. I receive Medi-Cal for health care related issues.  If BOP health insurance did not cover John Sr., he could apply for alternative public options as he has in the past.   Should he need future medical care, he can be seen at the local Sutter Medical Center in Stockton.

6. As long as I have known John, he has smoked cigarettes.  My estimate is that (prior to lock up) he smoked two packs a day.  I tried to get John to quit smoking cigarettes, but am so far unsuccessful. He has also tried himself, unsuccessfully.

7. I met John over 25 years ago.  The entire time I've known him, he has used an inhaler for asthma related to medical issues.  His asthma attacks come on at random times; he often has asthma attacks when he walks up stairs or hills.  When I asked his family about it, they (individually) expressed concern about the severity of his asthma, especially because he was such a strong athlete at one point and his asthma was curtailed in that progress.  According to them, he was hospitalized in high school because his asthma was so severe.

8. If John were to be released from Santa Rita Jail, I would welcome him back into my home. He would be able to shelter-in-place here, and all of his basic needs would be met.

9. Thankfully, my home does not have stairs.  I am militant about making John carry his inhaler with him (should he have an attack). Though this may annoy him, it will keep him safe.  His safety & health is my #1 priority.

10. As his partner, I am reminded of his lung condition every morning, as he coughs repeatedly (like a "smoker's cough") every morning when he awakes.

11. I am aware of positive COVID 19 cases at Santa Rita Jail and am extremely concerned for John's health.  Should he contract the virus, I am especially worried that his underlying asthma will make him susceptible to severe lung issues.

12. I know John made mistakes, but I believe he is a good man at heart.  I know his love for me and our son will always win out in the end.

I DECLARE under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed and dated on the 10th day of May, 2020, in Stockton, California.

\_\_\_\_/S_____
LATANYA HOOPER