UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** May 15, 2020      **Time:** 15 minutes       **Judge:** SUSAN ILLSTON

**Case No.**: 19-cr-00419-SI-1      **Case Name:** United States v. John Lee

**Attorney for Government:** Christopher Viera
**Attorney for Defendant:** David Rizk
**Defendant:** [ ] Present   [X] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Teddy Van Ness          **Court Reporter:** Debra Pas
**Interpreter:** n/a                      **Probation Officer:** Jennifer Hutchings

### PROCEEDINGS

1. Telephonic Motion Hearing - held.

### SUMMARY

Defendant's appearance is waived. Due to the COVID-19 pandemic, all parties consent to having this matter heard by telephone as there is no reasonable video conference available.

Motion for Compassionate Release taken under submission. Order to follow.

Order to be prepared by:  ( )Pltf    ( )Deft    ( X )Court

Disposition:  (X) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
( ) SUBMITTED