UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN LEE,<br><br>    Defendant. | Case No. 19-cr-00419-SI-1<br><br>**ORDER VACATING BENCH WARRANT AND GRANTING DEFENDANT'S MOTION FOR RELEASE FROM SAN FRANCISCO COUNTY JAIL BY NOON ON APRIL 25, 2023 FOR IMMEDIATE TRANSPORT TO TRP ACADEMY**<br><br>Re: Dkt. No. 97 |
|---|---|

For the reasons discussed at the April 25, 2023 hearing, the Court VACATES the bench warrant in this case and GRANTS defendant John Lee's motion for release from custody by **noon** on **April 25, 2023**. Defendant is ordered to report immediately upon release from custody to TRP Academy and shall remain at the facility until further order of the Court. Defense counsel shall ensure that Mr. Lee is transported directly from the jail to TRP Academy. Defendant is further ordered to appear by video for the previously-scheduled status appearance on **April 28, 2023 at 11:00 a.m.**

**IT IS SO ORDERED**.

Dated: April 25, 2023

_____
SUSAN ILLSTON
United States District Judge